UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

PRATO, ANDREA

Hon. Maria L. Oxholm

Debtor(s).

23-50774-MLO

_____/ (Chapter 7)

**AFFIDAVIT TO EMPLOY TRUSTEE'S FIRM**

Douglas S. Ellmann declares:

1. I am the duly appointed Trustee in this matter and I and my law firm will serve as attorney in the estate.

2. Neither I, nor any firm with which I am associated, insofar as I have been able to ascertain, has any connection with the above-named estate, its creditors, or any other party in interest, or their respective attorneys and accountants, or the US Trustee's office or its employees unless stated as follows:

3. Neither I nor any firm with which I am associated, insofar as I have been able to ascertain, holds or represents any interest adverse to that of the estate or the debtor in possession in this matter, if any, upon which I am to be engaged.

4. Based on the foregoing, I believe that I and any firm with which I may be engaged is a disinterested person within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

Under penalty of perjury, the undersigned attests that the above information is true and accurate.

  /s/ Douglas S. Ellmann
 DOUGLAS S. ELLMANN
2075 W. Stadium Blvd.
#1088
Ann Arbor, MI. 48106
734 668 4800
dse@ellmannlaw.com

Dated: 1/11/2024