# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No.: | 23-50774-MLO |
| Case Name: | PRATO, ANDREA M. |
| For the Period Ending: | 1/15/2024 |

| | |
|---|---|
| Trustee Name: | Douglas S. Ellmann |
| Date Filed (f) or Converted (c): | 12/08/2023 (f) |
| §341(a) Meeting Date: | 01/11/2024 |
| Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    4029 Agnes Ave. Lincoln Park, MI - 48146-3701 Wayne County | $117,200.00 | $0.00 | | $0.00 | FA |
| 2    Make: Ford Model: Freestar Year: 2005 Mileage: 117,200 Other Information: Location: 4029 Agnes Ave, Lincoln Park MI 48146 | $3,030.00 | $0.00 | | $0.00 | FA |
| 3    Washer, dryer, stove, fridge, microwave, 3 beds, love seat, 2 chairs, kitchen table and chairs Location: 4029 Agnes Ave, Lincoln Park MI 48146 | $750.00 | $0.00 | | $0.00 | FA |
| 4    4 T.V.'s, 1 laptop Location: 4029 Agnes Ave, Lincoln Park MI 48146 | $300.00 | $0.00 | | $0.00 | FA |
| 5    Gazelle Pacer exercise machine, Easy Rider exercise machine Location: 4029 Agnes Ave, Lincoln Park MI 48146 | $50.00 | $0.00 | | $0.00 | FA |
| 6    Shirts, pants, coats, undergarments, shoes Location: 4029 Agnes Ave, Lincoln Park MI 48146 | $200.00 | $0.00 | | $0.00 | FA |
| 7    5 cats, 1 guinea pig, 1 dog, fish, bird Location: 4029 Agnes Ave, Lincoln Park MI 48146 | $100.00 | $0.00 | | $0.00 | FA |
| 8    Citizens Bank Location: 4029 Agnes Ave, Lincoln Park MI Checking Account 48146 | $459.00 | $0.00 | | $0.00 | FA |
| 9    Arrears paid for daughter. Goes directly to Way2Go Payment Solutions Account. Location: 4029 Agnes Ave, Lincoln Park MI Child Support Card 48146 | $20.18 | $0.00 | | $0.00 | FA |
| 10    401(k) Empower Forward Air Corporation Location: 4029 Agnes Ave, Lincoln Park MI 48146 | $21,447.14 | $0.00 | | $0.00 | FA |
| 11    Estimate of 2023 refund (pro-rata) Location: 4029 Agnes Ave, Lincoln Park MI 48146 Federal and State | $9,632.00 | $0.00 | | $0.00 | $9,632.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** 23-50774-MLO | **Trustee Name:** Douglas S. Ellmann |
| **Case Name:** PRATO, ANDREA M. | **Date Filed (f) or Converted (c):** 12/08/2023 (f) |
| **For the Period Ending:** 1/15/2024 | **§341(a) Meeting Date:** 01/11/2024 |
| | **Claims Bar Date:** |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 12 | Arrears owed to Debtor for minor son Location: 4029 Agnes Ave, Lincoln Park MI 48146 Child Support | $46,234.05 | $0.00 | | $0.00 | FA |
| 13 | Monies to be recovered from LVNV Funding within 90 days of filing of Petition. Estimated amount of garnishment for the week ending 12/7/2023 included in total value | $1,987.09 | $0.00 | | $0.00 | FA |

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $201,409.46 | $0.00 | | $0.00 | $9,632.00 |

**Major Activities affecting case closing:**

01/15/2024     object to exemption; collect  tax refunds

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

/s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN