UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

Prato, Andrea M.

        Debtor(s).

_____/

Case No.: **23-50774-MLO**
Chapter 7
Hon. Maria L. Oxholm

STIPULATION REGARDING TRUSTEE'S INFORMAL OBJECTION TO
EXEMPTIONS

The undersigned hereby stipulate to the attached order.

Dated:  February 2, 2024

/s/ Douglas S. Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann, P.C.
2075 W. Stadium Blvd., #1088
Ann Arbor, MI 48106
(734) 668-4800
dse@ellmannlaw.com

/s/Gregory T. Osment
GREGORY T. OSMENT P41385
Attorney for Debtors
13 Washington Street
Monroe, MI 48161
(734) 242-4441
gtoesq@sbcglobal.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

Prato, Andrea M.

Debtor(s).

Case No.: **23-50774-MLO**
Chapter 7
Hon. Maria L. Oxholm

_____/

ORDER REGARDING TRUSTEE'S INFORMAL OBJECTION TO EXEMPTIONS

The Court having reviewed the Stipulation between Debtors' attorney and the

Panel Trustee,

IT IS HEREBY ORDERED that the Stipulation is approved and that the

Debtor's exemption taken related to her 2023 federal and state tax refunds (Tax Refunds)

is null and void and of no further effect;

IT IS FURTHER ORDERED that the Trustee is authorized to collect the Tax

Refunds for the benefit of the estate.

IT IS FURTHER ORDERED that Debtor is entitled to 6.3% of the Tax Refunds

due to Debtor's post-petition share.

IT IS FURTHER ORDERED that upon receipt, the Trustee and the Debtor will

each disclose the full amount of any 2023 tax refunds received, to each other's counsel

via email.